UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEAN A. TRAN and<br>TUYET T. MARTIN,<br><br>Defendants | CRIMINAL No. 24-10178-FDS |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel respectfully moves this Court for leave to withdraw as counsel for the United States of America in the above matter. As grounds for this motion, the undersigned states replacement counsel has filed an appearance.

Respectfully Submitted,

LEAH B. FOLEY
United States Attorney

By:   */s/ Dustin Chao*
DUSTIN CHAO
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

    I hereby certify that this document, filed through the Court's Electronic Court Filing (ECF) system on March 3, 2025, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                  /s/ Dustin Chao
                                                  DUSTIN CHAO
                                                  Assistant United States Attorney

Date: March 3, 2025